**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES MARKEL,<br><br>Plaintiff,<br><br>v.<br><br>HUNG CAO, *in his Official Capacity as Acting Secretary of the Navy, et al.*,<br><br>Defendants. | ) | Civil Case No. 22-1389 (RJL) |

**ORDER**
August 7th, 2026 [Dkt. #34]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act [Dkt. #34] is **GRANTED**; and it is further

**ORDERED** that plaintiff is awarded $90,000 in attorneys' fees.

**SO ORDERED.**

RJLeon
RICHARD J. LEON
United States District Judge